# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMELIA MOLITOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-1202-HE |
| | ) |
| JOE MIXON, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF RELATED CASES

Pursuant to LCvR3.7(a), Defendant, Joe Mixon, hereby provides to the Court notice of the following related cases:

1) *Amelia Molitor v. MB Real Estate-IV, LLC; Pickleman's Franchising, LLC; Pickleman's Holdings, LLC; Pickleman's, LLC; BW Investment Group, LLC; Twenty-Sixth Horizon, LLC*; United States District Court for the Western District of Oklahoma, Case No. CIV-16-834-R, and

2) *Oklahoma Association of Broadcasters, Inc. v. Rhonda Hall, in her official capacity as Clerk of the District Court of Cleveland County, Oklahoma; the Office of the Clerk of the District Court of Cleveland County, Oklahoma; the City of Norman, Oklahoma*; District Court of Cleveland County, State of Oklahoma, Case No. CJ-2016-750, Judge Thad Balkman.

        Respectfully submitted,

        s/J. Blake Johnson
        J. BLAKE JOHNSON, OBA #32433

CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
blake.johnson@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT JOE MIXON**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2016, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Rusty Smith
Brennan Smith & Cherbini PLLC
P.O. Box 1067
Muskogee, Oklahoma 74402
rsmith@muskogeelawyers.com

Ben D. Baker
Ben Baker Attorney at Law
109 N. Second
Purcell, Oklahoma 73080
bendbaker@gmail.com

I further hereby certify that on this 25th day of October, 2016, I served the foregoing document by U.S. mail, postage prepaid, on the following, who are not registered participants of the ECF System:

Robert H. Bohn Jr.
Bohn & Fletcher LLP
333 W. Santa Clara Street, Suite 620
San Jose, California 95113

s/J. Blake Johnson
J. Blake Johnson